IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
UNITED STATES MAGISTRATE JUDGE MICHAEL J. WATANABE

Civil Action No. 09-cv-01833-MSK-MJW

JASPER L. GARCIA,

 Plaintiff,

v.

SUSAN JONES;
ARISTEDES ZAVARAS;
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

 Defendants.

---

ORDER TO FORWARD ALL RECORDS AND TRANSCRIPTS

---

It is hereby ORDERED that the Clerk of the Court for the District Court of the City and County of Denver, Colorado, as the lawful custodian of the records, shall forward the flat file and hearing transcripts for all proceedings in the trial court and in the appellate court in ***People v. Garcia, Jasper Luke***, Denver County District Court, **Case No. 03CR2204**, to the Clerk of the Court for the United States District Court for the District of Colorado, 901 Nineteenth Street, Room 105, Denver Colorado, 80294-3589, **on or before November 15, 2010.**

It is further ORDERED that the Clerk of the Court shall serve a copy of this Order on the Clerk of the Court for the District Court of the City and County of Denver, by

facsimile to (720) 865-8582 and by regular mail to Clerk of the Court, 1437 Bannock St., Rm 256, Denver, CO 80202.

DATED at Denver, Colorado, this 14th day of October, 2010.

BY THE COURT:

s/Michael J Watanabe

MICHAEL J. WATANABE
United States Magistrate Judge